# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN MAIN and DONNA MAIN, husband and wife; CONNOR MICHAEL MAIN, a single individual; and A.N. and G.N., husband and wife,<br><br>Defendants. | CASE NO. C20-6113 MJP<br><br>ORDER OF DISMISSAL |

Having reviewed the Parties' stipulation of dismissal, (Dkt. No. 18), and it appearing that there is nothing left for the Court to decide, the Court ORDERS that this proceeding be dismissed with prejudice.

The clerk is ordered to provide copies of this order to all counsel.

ORDER OF DISMISSAL - 1

Dated May 19, 2021.

Marsha J. Pechman
United States District Judge